# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JASON WARE,<br><br>             Plaintiff,<br><br>     v.<br><br>ANIL GUPTA, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:10-cv-01113-GBC PC<br><br>ORDER DENYING MOTION TO VACATE<br>FILING FEE ORDER<br><br>(Doc. 6) |

Plaintiff Michael Jason Ware ("Plaintiff") is a state prisoner who is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint in this action on June 21, 2010. (Doc. 1.) Plaintiff filed a motion to proceed in forma pauperis with the complaint. (Doc. 2.) On June 22, 2010, the Court granted Plaintiff's application to proceed in forma pauperis and directed the California Department of Corrections and Rehabilitation to withdraw the filing fee from Plaintiff's prison trust account in accordance with 28 U.S.C. § 1915(b). (Doc. 4.) On July 1, 2010, Plaintiff filed a motion to vacate the filing fee order.[1] (Doc. 6.)

Pursuant to statute, inmates who cannot pay the entire fee at the time of filing may request to proceed in forma pauperis, as Plaintiff did. See 28 U. S. C. § 1915(b). An inmate proceeding in forma pauperis is still responsible for paying the entire filing fee. The in forma pauperis provision

---

[1] The Court notes that Plaintiff's motion states "[i]n the interest of justice I wish too [sic] with draw [sic] my 42 U.S.C. § 1983 and application to proceed in forma pauperis." (Doc. 6, p. 1.) However, based upon the arguments made in the motion it does not appear that Plaintiff is actually requesting that the suit be withdrawn.

1  merely allows for the collection of the fee over a period of time.  This enables inmates otherwise
2  unable to pay the fee to file their actions and make payments over time.  Once the action is filed and
3  Plaintiff is granted in forma pauperis status, the fee must be paid.
4        Accordingly, Plaintiff's request that the court vacate the order to pay the filing fee is
   DENIED. IT IS SO ORDERED.

6  Dated:  September 28, 2010

                                    UNITED STATES MAGISTRATE JUDGE