# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JASON WARE,<br><br>　　　　　Plaintiff,<br>　　v.<br>ANIL GUPTA, et al.,<br>　　　　　Defendants.　　　　／ | CASE NO. 1:10-cv-01113-GBC (PC)<br><br>ORDER DISMISSING CLAIMS FOUND TO BE NOT COGNIZABLE, AND DEFENDANTS ASSOCIATED WITH SUCH CLAIMS |

**ORDER**

Michael Jason Ware ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on June 21, 2010.  (ECF No. 1.)  Pursuant to 28 U.S.C. § 1915A, the Court screened Plaintiff's Complaint on June 9, 2011, and found that Plaintiff only stated cognizable claims against Defendant Albano for violations under the Eighth Amendment.  (ECF No. 9.)  The Court ordered Plaintiff to either cure the deficiencies highlighted in his Complaint through an amendment or notify the Court of his willingness to proceed on the cognizable claims.  (Id.)  On June 21, 2011, Plaintiff gave notice of his willingness to proceed on the cognizable deliberate indifference to a serious medical need claim against Defendant Albano.  (ECF No. 10.)

For the reasons stated above, it is HEREBY ORDERED that:

1.　　Action to proceed on Plaintiff's Eighth Amendment deliberate indifference to serious medical need claim against Defendant Albano;

1

2. All claims, other than the Eighth Amendment Claim against Defendant Albano, are DISMISSED; and

3. Defendants Anil Gupta and Director of Corrections are DISMISSED.

IT IS SO ORDERED.

Dated:   June 24, 2011

UNITED STATES MAGISTRATE JUDGE