UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JASON WARE,<br><br>    Plaintiff,<br><br>  v.<br><br>ANIL GUPTA, et al.,<br><br>    Defendants.<br>_____/ | CASE NO.   1:10-cv-01113-GBC (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTIONS FOR DISCOVERY AND FOR AN EXPERT<br><br>(ECF Nos. 12 & 17) |

**ORDER**

Michael Jason Ware ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 21, 2010. (ECF No. 1.) Pursuant to 28 U.S.C. § 1915A, the Court screened Plaintiff's Complaint on June 9, 2011, and found that Plaintiff only stated cognizable claims against Defendant Albano for violations under the Eighth Amendment. (ECF No. 9.) The Court ordered Plaintiff to either cure the deficiencies highlighted in his Complaint through an amendment or notify the Court of his willingness to proceed on the cognizable claims.

(Id.) On June 21, 2011, Plaintiff gave notice of his willingness to proceed on the cognizable deliberate indifference to a serious medical need claim against Defendant Albano. (ECF No. 10.)

On June 23, 2011, Plaintiff filed a Motion for Discovery and, on June 27, 2011, Plaintiff filed a Motion for an Expert. (ECF Nos. 12 & 17.) The Court notes that discovery has not been opened as this action is only just proceeding to the service phase.[1] Discovery does not open until Defendants have been properly served and have filed an answer or other responsive pleading. Thus, Plaintiff's requests for discovery and an expert are improper at this point.

Accordingly, it is HEREBY ORDERED that Plaintiff's requests for discovery and an expert are DENIED.

IT IS SO ORDERED.

Dated:   July 1, 2011

UNITED STATES MAGISTRATE JUDGE

---

[1] The Court also notes that it previously denied a different request for discovery on June 24, 2011 for the same reasoning. (ECF No. 15.)

2